**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NATALIE HOLMES,

       Petitioner,

v.                            Case No. 3:26-cv-688-TJC-LLL

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

       Respondents.

## O R D E R

On April 1, 2026, the Court entered an Order directing Petitioner to file an Amended Petition no later than April 30, 2026 and to either pay the filing fee or move for leave to proceed in forma pauperis (Doc. 2). Petitioner did not file anything further in this case (nor pay the fee) but on April 13, 2026 she did file a new habeas petition (originally opened as a new case, No. 3:26-cv-861-MMH-PDB), which the Clerk has now docketed as an Amended Petition in this case (Doc. 3). The Amended Petition addresses some of the issues the Court raised regarding her initial Petition, [1] but it does not address them all. However, the new information provided shows that Petitioner is likely

---

[1] As requested, Petitioner has now included the date she most recently went into ICE custody (December 16, 2025) and she properly verified the Amended Petition. See Doc. 3. She did not pay the filing fee or move to proceed in forma pauperis.

attempting to raise a claim under <u>Zadvydas v. Davis</u>, 533 U.S. 678, 690 (2001).

In <u>Zadvydas</u>, the Supreme Court held that indefinite detention of aliens raises serious constitutional concerns. Once an order of removal is final, ICE should make every effort to remove the alien within a reasonable time. <u>Id.</u> at 701. Further, the Court concluded that six months is a presumptively reasonable period to detain a removable alien awaiting deportation. <u>Id.</u> "Although not expressly stated, the Supreme Court appears to view the six-month period to include the 90-day removal period plus 90 days thereafter." <u>Akinwale v. Ashcroft</u>, 287 F.3d 1050, 1052 (11th Cir. 2002).

After that six-month period has passed and the alien "'provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future,'" the burden then shifts to the Government to provide evidence sufficient to rebut that showing. <u>Id.</u> (quoting <u>Zadvydas</u>, 533 U.S. at 701). Thus, "in order to state a claim under <u>Zadvydas</u> the alien **not only must show post-removal order detention in excess of six months** but also must provide evidence of a good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." <u>Akinwale</u>, 287 F.3d at 1052 (emphasis added).

At the time Petitioner filed her Petition (and the Amended Petition), she had been in ICE custody for less than six months; thus, her claim under <u>Zadvydas</u> is not yet ripe, and is therefore premature. Accordingly, the Petition

2

and Amended Petition will be dismissed without prejudice.[2]

Accordingly, it is hereby

**ORDERED**:

1.      The Petition and Amended Petition are **dismissed without prejudice**.   Once Petitioner has been in detention for six months (on or after **June 16, 2026**), she may file a new petition (not in this case, but as a new case). In addition to the information Petitioner has already included (which must be included again in any new petition), she must also include her country of origin (which appears to be Jamaica); the date her order of removal was entered (which appears to be August 14, 2013); the date it became final; and the dates of any prior periods of ICE detention.   **Importantly, when Petitioner files a new petition, she must either pay the $5 filing fee or file a completed application to proceed as a pauper**.

2.      The **Clerk of Court** shall **enter judgment** dismissing this case without prejudice and **close the file**.

3.      The Court directs the **Clerk** to **mail** Petitioner a copy of this order, a blank petition for writ of habeas corpus form for use in § 2241 cases, and an application to proceed in forma pauperis (prisoner filings) form.

---

[2] The Court does not discern any other possible claims based on the two petitions Petitioner has filed.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of May, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s. Copy w/enclosures:
Natalie Holmes, A# 076 666 274

4